|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>JUL 19 2023<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff-Appellee,<br><br> v.<br><br>DAVID ZINNEL,<br><br>        Claimant-Appellee,<br><br> v.<br><br>STEVEN ZINNEL,<br><br>        Defendant-Appellant. | No.   22-16128<br><br>D.C. No. 2:21-mc-00098-TLN-AC<br>Eastern District of California,<br>Sacramento<br><br>ORDER |

The court has received appellant's response to the motion to substitute party, which includes a motion to dismiss and/or strike David Zinnel as an appellee and a motion to change the case caption.

Counsel for appellee David Zinnel may file a response to the motions included in Docket Entry No. 13 by August 4, 2023.

Briefing remains suspended.

                                      FOR THE COURT:

                                      MOLLY C. DWYER<br>
                                      CLERK OF COURT

OSA145