UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 29 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff-Appellee,<br><br> v.<br><br>DAVID ZINNEL,<br><br>        Claimant-Appellee,<br><br> v.<br><br>STEVEN ZINNEL,<br><br>        Defendant-Appellant. | No.   22-16128<br><br>D.C. No. 2:21-mc-00098-TLN-AC<br>Eastern District of California,<br>Sacramento<br><br>ORDER |

Before:  Lisa B. Fitzgerald, Appellate Commissioner.

The motion to substitute party (Docket Entry No. 12) is granted.

Jennifer Zinnel will be substituted for appellee David Zinnel in No. 22-16128.  *See* Fed. R. App. P. 43(a).  The Clerk will update the docket accordingly.

Within 14 days of any probate court order affecting Jennifer Zinnel's status as personal representative of David Zinnel, appellee Jennifer Zinnel must provide notice to this court and file a motion for appropriate relief.

All other pending requests are denied.

The opening brief is now due September 27, 2023.  The answering briefs are

OSA145

due October 27, 2023.  The optional reply brief is due within 21 days after service of the last served answering brief.

Because appellant is proceeding without counsel, appellant is not required to file excerpts of record.  *See* 9th Cir. R. 30-1.3.  If appellant does not file excerpts of record, appellees "must file Supplemental Excerpts of Record that contain all of the documents that are cited in the pro se opening brief or otherwise required by Rule 30-1.4, as well as the documents that are cited in the answering brief."  *Id.*