UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 5 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.   22-16128 |
| Plaintiff-Appellee, | D.C. No. 2:21-mc-00098-TLN-AC Eastern District of California, Sacramento |
| v. | |
| DAVID ZINNEL, | ORDER |
| Claimant-Appellee, | |
| v. | |
| STEVEN ZINNEL, | |
| Defendant-Appellant. | |

Appellee Jennifer Zinnel's unopposed motion to substitute party (Docket Entry No. 20) is granted.  Michael Brumbaugh, Successor Trustee of The Castana Trust, Dated March 4, 2009, and Administrator of the Estate of David Zinnel, will be substituted for Jennifer Zinnel as appellee in No. 22-16128.  *See* Fed. R. App. P. 43(a).  The Clerk will update the docket accordingly.

Appellant's motion for an extension of time to file the opening brief (Docket Entry No. 21) is granted.  The opening brief is due November 28, 2023.  The answering brief is due December 28, 2023.  The optional reply brief is due within 21 days after service of the last-served answering brief.

Because appellant is proceeding without counsel, appellant is not required to file excerpts of record. *See* 9th Cir. R. 30-1.3. If appellant does not file excerpts of record, appellees "must file Supplemental Excerpts of Record that contain all of the documents that are cited in the pro se opening brief or otherwise required by Rule 30-1.4, as well as the documents that are cited in the answering brief." *Id.*

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

2