UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAY 5 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 22-16128 |
| Plaintiff-Appellee, | D.C. No. 2:21-mc-00098-TLN-AC |
| v. | Eastern District of California, Sacramento |
| MICHAEL BRUMBAUGH, Successor Trustee of The Castana Trust, Dated March 4, 2009, and Administrator of the Estate of David Zinnel, | ORDER |
| Claimant-Appellee, | |
| STEVEN ZINNEL, | |
| Defendant-Appellant. | |

The court is of the unanimous opinion that the case is suitable for decision without oral argument. Appellant's unopposed motion to submit the case on the briefs (Docket No. 54) is therefore GRANTED. The matter shall be submitted on the briefs and record, without oral argument, on May 14, 2025, in San Francisco, California. Fed. R. App. P. 34(a)(2).

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT