UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 04 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 22-16128 |
| Plaintiff - Appellee, | |
| v. | D.C. No. 2:21-mc-00098-TLN-AC<br>U.S. District Court for Eastern California, Sacramento |
| MICHAEL BRUMBAUGH, Successor Trustee of The Castana Trust, Dated March 4, 2009, and Administrator of the Estate of David Zinnel, | **MANDATE** |
| Claimant - Appellee, | |
| STEVEN ZINNEL, | |
| Defendant - Appellant. | |

The judgment of this Court, entered June 09, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT